**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DEAN STEEVES,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

Case No. 26-cv-0568-BAS-VET

**ORDER:**

**(1) ADOPTING REPORT AND RECOMMENDATION (ECF No. 9);**

**(2) GRANTING DEFENDANT'S MOTION TO ENFORCE THE IRS SUMMONS (ECF No. 4); AND**

**(3) DENYING PLAINTIFF'S MOTION TO QUASH THE IRS SUMMONS (ECF NO. 1)**

Presently before the Court are two motions. One is Plaintiff Dean Steeves' motion to quash an Internal Revenue Service ("IRS") summons brought by Defendant United States of America. (ECF No. 1.) The other is Defendant's motion to enforce the IRS summons and summarily deny Plaintiff's motion to quash. (ECF No. 4.)

Under General Order 620, *Matters Assigned to the Chief Judge* (S.D. Cal. Nov. 16, 2012), the Chief District Judge is responsible for adjudicating the motions. Further, the Chief Judge may refer the matter "to a Magistrate Judge as authorized by 28 U.S.C. § 636(b) and (c), and Local Civil Rule 72." *Id.* Accordingly, on January 28, 2026, the undersigned referred the motions to the Honorable Valerie E. Torres. (ECF Nos. 1, 3.)

On July 27, 2026, Judge Torres issued a Report and Recommendation ("R&R") recommending that this Court dismiss Plaintiff's petition to quash the IRS summons and grant Defendant's motion to enforce the IRS summons. (ECF No. 9.) The time for filing objections has expired. (R&R 13:23–26, ECF No. 9.) Hence, the R&R is ripe for consideration.

## I. ANALYSIS

The court reviews *de novo* those portions of the R&R to which objections are made. 28 U.S.C. § 636(b)(1). It may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the district court had no obligation to review the magistrate judge's report). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121. This rule of law is well-established within the Ninth Circuit and this district. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is only required when an objection is made to the R & R."); *Nelson v. Giurbino*, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (adopting R&R in its entirety without review because neither party filed objections to the R&R despite the opportunity to do so).

In this case, the deadline for filing objections was August 10, 2026. (R&R 13:23–26.) However, no objections have been filed, and no party has requested additional time to do so. Consequently, the Court may adopt the R&R on that basis alone. *See Reyna-Tapia*, 328 F.3d at 1121.

Nonetheless, having conducted a review of the R&R, the Court concludes that Judge Torres' reasoning is sound and correct in recommending that this Court dismiss Plaintiff's petition to quash the IRS summons and grant Defendant's motion to enforce the IRS summons.

## II. CONCLUSION

In light of the foregoing, the Court **APPROVES** and **ADOPTS IN ITS ENTIRETY** the R&R. (ECF No. 9.) The Court **GRANTS** Defendant's motion to enforce the IRS summons and deny the petition to quash. (ECF No. 4.) The Court **DENIES** Plaintiff's motion to quash the IRS summons. (ECF No. 1.)

The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

**DATED: August 12, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**